UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Leon Opiacha, | File No. 22-cv-1014 (ECT/BRT) |
| Petitioner, | |
| v. | **ORDER** |
| Department of Human Services, | |
| Respondent. | |

---

Magistrate Judge Becky R. Thorson issued a Report and Recommendation on May 2, 2022. ECF No. 3. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 3] is **ACCEPTED**.

2. This action is **DISMISSED** without prejudice for lack of subject-matter jurisdiction.

3. Petitioner Leon Opiacha's application to proceed in forma pauperis [ECF No. 2] is **DENIED**.

4. No certificate of appealability will issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 31, 2022

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court